JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>RICHARD J. BUCHANAN,<br><br>             Defendant | No. CV 13-7093<br><br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Richard J. Buchanan, in the principal amount of $1,331.10 plus interest accrued to September 18, 2013, in the sum of $1,994.93; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$3,326.03**.

DATED: November 8, 2013          By: Terry Nafisi
                                     Clerk of the Court

                                     _____
                                     Deputy Clerk
                                     United States District Court